```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 01711
   EDWARD R FLEMING
   KIMBERLY FLEMING                       CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-6782      SSN XXX-XX-7089
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/24/06 and confirmed on 05/05/06.

2. The case was dismissed after confirmation, 11/14/2008.

3. The Debtor paid a total of $ 26686.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 2930.10 | .00 | 2930.10 |
| AMERICAN GENERAL FINANCE | UNSECURED | 9216.45 | .00 | 1681.62 |
| CITIFINANCIAL AUTO | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| HARLEY DAVIDSON CREDIT | SECURED VEHIC | 14430.16 | 1885.64 | 13630.62 |
| AMERICAN GENERAL FINANCE | UNSECURED | 3230.19 | .00 | 527.51 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 662.25 | .00 | 102.46 |
| CAPITAL ONE BANK | UNSECURED | 487.60 | .00 | 67.08 |
| CAPITAL ONE BANK | UNSECURED | 2060.44 | .00 | 336.49 |
| CAPITAL ONE BANK | UNSECURED | 471.63 | .00 | 64.87 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 508.47 | .00 | 83.03 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| PERSONAL FINANCE CO | UNSECURED | 2631.68 | .00 | 444.73 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3169.48 | .00 | 517.58 |
| KIMBER DRUMMOND | CHILD SUPPORT | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 15854.05 | .00 | 2589.01 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17360.26 | .00 | 38292.24 | .00 | 55652.50 |
| PRINCIPAL PAID | 16560.72 | .00 | 6414.38 | .00 | 22975.10 |
| INTEREST PAID | 1885.64 | .00 | .00 | .00 | 1885.64 |

```
TOTAL PAID            18446.36        .00      6414.38            .00      24860.74
```
The Debtor's attorney, LEGAL HELPERS PC                , was allowed $    700.00
and was paid $    700.00 .

The Trustee received $   1125.26 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/10/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
             CASE NO. 06 B 01711 EDWARD R FLEMING & KIMBERLY FLEMING